## APPEALS ACCEPTED FOR REVIEW

**2007–1842.   State v. Winn.**
Montgomery App. No. 21710, 173 Ohio App.3d 202, 2007-Ohio-4327. Discretionary cross-appeal accepted on Proposition of Law Nos. I and II.

LUNDBERG STRATTON, O'CONNOR, and CUPP, JJ., would also hold the cause for the decision in 2007–0595 and 2007–0651, *State v. Cabrales,* Hamilton App. No. C–050682, 2007-Ohio-857.

LANZINGER, J., would also accept the cross-appeal on Proposition of Law No. III.

MOYER, C.J., and PFEIFER and O'DONNELL, JJ., dissent.

Discretionary appeal not accepted.

**2007–2094.   Cincinnati Ins. Co. v. Robert W. Setterlin & Sons.**
Franklin App. No. 07AP–47, 2007-Ohio-5094.

MOYER, C.J., would accept the appeal on Proposition of Law No. I only.

PFEIFER and CUPP, JJ., dissent.

**2007–2106.   Moore v. Lorain Metro. Hous. Auth.**
Lorain App. No. 06CA008995, 2007-Ohio-5111. Discretionary appeal accepted and cause consolidated with 2008–0030, *Moore v. Lorain Metro. Hous. Auth.,* Lorain App. No. 06CA008995, 2007-Ohio-5111.

MOYER, C.J., would accept the appeal on Proposition of Law No. I only.

PFEIFER, J., dissents.

**2007–2334.   State v. Render.**
Hamilton App. No. C–060382, 2007-Ohio-1606. Discretionary appeal accepted on Proposition of Law No. I and cause held for the decision in 2007–0325, *State v. Davis,* Hamilton App. No. C–040665, 2006-Ohio-3171.

PFEIFER and O'DONNELL, JJ., dissent.

**2007–2454.   In re Kayla H.**
Lucas App. No. L–06–1376, 2007-Ohio-6128.

O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

## APPEALS NOT ACCEPTED FOR REVIEW

**2007–1530.   Serge v. Reconstructive Orthopaedics & Sports Medicine, Inc.**
Butler App. No. CA2006–04–081, 2007-Ohio-3354.

PFEIFER, J., dissents.

**2007–2004.   State v. Fisher.**
Stark App. No. 2006CA00338, 2007-Ohio-4820.

O'DONNELL, J., dissents.

**2007–2007.   State v. Anello.**
Stark App. No. 2006CA00340, 2007-Ohio-4822.

O'DONNELL, J., dissents.

**2007–2026.   State v. Dobbins.**
Washington App. No. 07CA6, 2007-Ohio-4923.

**2007–2029.   Cline v. Risner.**
Champaign App. No. 07CA14.

**2007–2037.   State v. Wilson.**
Montgomery App. No. 21738, 2007-Ohio-4885.

**2007–2038.   State v. Dunn.**
Montgomery App. No. 21766, 2007-Ohio-4890.

**2007–2040.   Feagin v. Mansfield Corr. Inst.**
Franklin App. No. 07AP–182, 2007-Ohio-4862.